# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Epifanio Rendon-Tello<br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-2352-Duty<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u> , IT IS ORDERED that a detention hearing is set for <u>Monday, May 12</u> , <u>2025</u> , at <u>1:30</u> ☐a.m. / ☒p.m. before the Honorable <u>Stephanie S. Christensen</u> , in Courtroom <u>640</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: May 5, 2025

Hon. Stephanie S. Christensen
U.S. Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**